Electronically Filed
Kahalah A. Clay
Circuit Clerk
JAMIE DUNLEAVY
18L0483
St. Clair County
7/18/2018 3:21 PM
1540952

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

| | |
|---|---|
| LAWRENCE M. BUTLER, SR. | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) |
| TARGET DEPARTMENT STORES, A CORP. | ) |
| AND ARCITERRA COMPANIES, LLC | ) |
|     DEFENDANTS. | ) |

CASE NO.: 18-L- **483**

## COMPLAINT

### COUNT I

NEGLIGENCE

(Lawrence M. Butler, Sr. v. Target Department Stores, a Corporation)

**NOW COMES,** the Plaintiff, LAWRENCE M. BUTLER, SR., by and through his attorney, Joslyn R. Anthony, of Sandifer Purchase, Attorneys at Law, LLC., and for his cause of action against the Defendant, Target Department Stores, a Corporation and respectfully represents unto the court as follows:

1. That at all times relevant hereto the Defendant, Target Department Stores, a Corporation, is authorized to do business in the State of Illinois and does business as a retailer in St. Clair County, Illinois and invites patrons and others onto its premises to conduct business.

EXHIBIT
B

2.      That at all times relevant hereto the Defendant, Target Department Stores, a Corporation, possessed, operated, managed, maintained and controlled or had a duty to possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, the premises upon which it conducted business located at 5601 Belleville Crossing Street, Belleville, St. Clair County, Illinois.

3.      That at all relevant times, Arciterra Companies, LLC., was the owner of the property located at 5601 Belleville Crossing Street, Belleville, St. Clair County, Illinois, and leased said premises to Defendant, Target Department Stores, a Corporation, for the purposes of doing business as a retailer in St. Clair County, Illinois.

4.      That at the aforementioned retail store, and on or about January 20, 2018, the Defendant, Target Department Stores, a Corporation, well knowing its duty in this regard, carelessly and negligently caused and permitted the area immediately outside of exit door of said premises to remain in a dangerous condition for persons using said premises, especially patrons, although the Defendants knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

5.  That at all times relevant hereto, the Plaintiff, LAWRENCE M. BUTLER, SR., was lawfully on the aforesaid premises as a paying customer and exercising due care for his own safety.

6.  Defendant, Target Department Stores, a Corporation, should expect that invitees will not discover or realize the dangerous conditions, or will fail to protect themselves against it.

7. That on January 20, 2018, the Plaintiff, LAWRENCE M. BUTLER, SR., was walking just outside the exit doors of said premises when he tripped over an uneven raised concrete walkway causing him to fall and sustain severe injuries.

8. That at the aforesaid time and place, the Defendant, Target Department Stores, a Corporation, by and through its agents and servants, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the accident to occur:

a.   It failed to provide a good, safe and proper place for the plaintiff to be, use, occupy and walk on while on the common areas of the premises;

b.   It failed to have a good, safe and proper means of ingress and egress to and from the said premises;

c.   It allowed and permitted the walkway to become and remain in a broken and uneven condition;

d.   It failed to fix, repair, replace or mend the walkway when defendants knew or should have known that it was in use and in need of repair;

e.   It failed to inspect the premises to be certain it was in good, safe and proper condition; and

f.   It failed to warn the plaintiff and others of the unsafe, defective and dangerous condition of the said walkway.

9. That as a direct and proximate result of one or more of the following acts of negligence and/or omissions, the Plaintiff, LAWRENCE M. BUTLER, SR., was injured as follows:

a.   He was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his back, neck, knee, ankle, body, and limbs, both internally and externally;

b.   He received a fracture of the right ankle;

c.   He received injuries to the soft tissues of the cervical spine, including the muscles, ligaments, tendons and nerves;

d.   He received injuries to the soft tissues of the right knee, including the muscles, ligaments, tendons and nerves;

e.   He has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment, and services in the future;

f.   He has suffered disability as a result of his injuries; and

g.   He has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries.

WHEREFORE, the Plaintiff, LAWRENCE M. BUTLER, SR., prays judgment against the Defendant, Target Department Stores, a Corporation, for a fair and just award in excess of $50,000.00 (Fifty Thousand Dollars) plus costs of this suit.

## COUNT II

NEGLIGENCE

(Lawrence M. Butler, Sr. v. Arciterra Companies, LLC)

**NOW COMES,** the Plaintiff, LAWRENCE M. BUTLER, SR., by and through his attorney, Joslyn R. Anthony, of Sandifer Purchase, Attorneys at Law, LLC., and for his cause of action against the Defendant, Arciterra Companies, LLC, and respectfully represents unto the court as follows:

1. Plaintiff repeats, restates, and realleges Paragraphs 1-9 of this complaint as Paragraphs 1-9 of Count II as though fully set forth herein.

10. That at all times relevant hereto the Defendant, Arciterra Companies, LLC, is authorized to do business in the State of Illinois and through its lease agreement with Target Department Stores, a Corporation, does business in St. Clair County, Illinois and invites patrons and others onto its premises to conduct business.

11. That at all times relevant hereto the Defendant, Arciterra Companies, LLC, possessed, operated, managed, maintained and controlled or had a duty to possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, the premises directly outside the building upon which it conducted business located at 5601 Belleville Crossing Street, Belleville, Illinois.

12. That at the aforementioned Target Department Stores, a Corporation, and on or about January 20, 2018, the Defendant, Arciterra Companies, LLC, well knowing its duty in this regard, carelessly and negligently caused and permitted the area

000301074G0001          6020180801010730

immediately outside the exit door of said premises to remain in a dangerous condition for persons using said premises, especially patrons, although the Defendant, Arciterra, Companies, LLC, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

13. That at all times relevant hereto, the Plaintiff, LAWRENCE M. BUTLER, SR., was lawfully on the aforesaid premises as a paying customer and exercising due care for his own safety.

14. That on January 20, 2018, the Plaintiff, LAWRENCE M. BUTLER, SR., was walking in the area immediately outside the exit doors of said premises when he tripped over a uneven raised walkway causing him to fall and sustain severe and permanent injuries.

15. That at the aforesaid time and place, the Defendant, Aciterra Companies, LLC, by and through its agents and servants, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the accident to occur:

    a.    It failed to provide a good, safe and proper place for the plaintiff to be, use, occupy and walk on while on the common areas of the premises;

    b.    It failed to have a good, safe and proper means of ingress and egress to and from the said premises;

    c.    It allowed and permitted the walkway to become and remain in a broken and uneven condition;

d.   It failed to fix, repair, replace or mend the area immediately outside the exit door when defendants knew or should have known that it was in use and in need of repair;

e.   It failed to inspect the premises to be certain it was in good, safe and proper condition; and

f.   It failed to warn the plaintiff and others of the unsafe, defective and dangerous condition of the said walkway.

16.   That as a direct and proximate result of one or more of the following acts of negligence and/or omissions, the Plaintiff, LAWRENCE M. BUTLER SR., was injured as follows:

a.   He was made sick, sore, lame, disordered and disabled and suffered extensive and permanent injuries to his back, neck, knee, ankle, body, and limbs, both internally and externally;

b.   He received a fracture of the right ankle;

c.   He received injuries to the soft tissues of the cervical spine, including the muscles, ligaments, tendons and nerves;

d.   He received injuries to the soft tissues of the right knee, including the muscles, ligaments, tendons and nerves;

e.   He has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment, and services in the future;

f.   He has suffered disability as a result of his injuries; and

g.   He has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries.

WHEREFORE, the Plaintiff, LAWRENCE BUTLER, SR., prays judgment against the Defendant, Arciterra Companies, LLC, for a fair and just award in excess of $50,000.00 (Fifty Thousand Dollars) plus costs of this suit.

DATED THIS __18TH__ DAY OF ___JULY___, 2018

RESPECTFULLY SUBMITTED,

By:   /s/ Joslyn R. Anthony
**JOSLYN R. ANTHONY**

Joslyn R. Anthony, #6295781
Sandifer Purchase, Attorneys at Law LLC
Attorney for Plaintiff
7707 West Main Street – Suite #4
Belleville, IL  62223
Phone:  (618) 489-1234
Fax:  (618) 551-4855
Email:  JRS@sandiferpurchaselaw.com