IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAWRENCE M. BUTLER, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:18-CV-2068-MAB |
| ) | |
| **TARGET CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated October 21, 2019 (Doc. 45) and Plaintiff's amended complaint (Doc. 51), Defendant ArciTerra Companies, LLC was **DISMISSED without prejudice** from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated June 22, 2020, Defendant Target Corporation's motion for summary judgment was **GRANTED** and Plaintiff Lawrence S. Butler, Sr.'s claims against Defendant Target were **DISMISSED with prejudice** (Doc. 87).

Judgment is entered in favor of Defendant Target and against Plaintiff Butler. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety.**

DATED: June 22, 2020

        **MARGARET M. ROBERTIE,**
        **Clerk of Court**

      BY:   /s/ *Jennifer Jones*
         **Deputy Clerk**


APPROVED:   /s/ Mark A. Beatty
      **MARK A. BEATTY**
      **United States Magistrate Judge**